Jordan T. Smith, Esq., Bar No. 4027
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Paul A. Rosenthal, Esq. (*pro hac vice* forthcoming)
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: 973.503.5900

*Attorneys for Defendant*
*Health IQ Insurance Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALESSANDRO CAMERON MARSH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH IQ INSURANCE SERVICES, INC., a foreign corporation, <br><br> Defendant. | CASE NO.: 2:22-cv-00431-RFB-VCF |

### JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Alessandro Cameron Marsh ("Plaintiff") and Defendant Health IQ Insurance Services, Inc. ("Health IQ"), subject to the approval of the Court, that the time for Health IQ to answer, move, or otherwise respond to Plaintiff's Complaint is extended from May 10, 2022 up to and including May 31, 2021.

1

The requested extension is 30 days and will allow Health IQ additional time to investigate the allegations in the Complaint. This is the first request to extend the deadline to respond to the Complaint.

Submitted this 6th day of May, 2022

COGBURN LAW

By: */s/ Erik Fox*
Erik W. Fox, Esq. #8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

*Attorneys for Plaintiff*

Submitted this 6th day of May, 2022

PISANELLI BICE PLLC

By: */s/ Jordan T. Smith*
Jordan T. Smith, Esq., #12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 5-9-2022 _____

CASE NO.: 2:22-cv-00431-RFB-VCF

2