1  Jordan T. Smith, Esq., Bar No. 4027
   JTS@pisanellibice.com
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada  89101
   Telephone:  702.214.2100
4  Facsimile:   702.214.2101

5  Paul A. Rosenthal, Esq. (*pro hac vice* forthcoming)
   KELLEY DRYE & WARREN LLP
6  One Jefferson Road, Second Floor
   Parsippany, NJ 07054
7  Telephone:  973.503.5900

8  *Attorneys for Defendant*
   *Health IQ Insurance Services, Inc.*
9

10             IN THE UNITED STATES DISTRICT COURT

11                  FOR THE DISTRICT OF NEVADA

12 ALESSANDRO CAMERON MARSH, an           CASE NO.:  2:22-cv-00431-RFB-VCF
   individual,
13
                   Plaintiff,
14
          v.
15
   HEALTH IQ INSURANCE SERVICES,
16 INC., a foreign corporation,

17                 Defendant.

18

19        **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

20                          **(SECOND REQUEST)**

21        IT IS HEREBY STIPULATED AND AGREED by Plaintiff Alessandro Cameron Marsh

22 ("Plaintiff") and Defendant Health IQ Insurance Services, Inc. ("Health IQ"), subject to the

23 approval of the Court, that the time for Health IQ to answer, move, or otherwise respond to

24 Plaintiff's Complaint is extended from May 31, 2022, up to and including June 21, 2022. This is

25 the parties' second request for an extension of this deadline.

26        On May 9, 2022, the Court granted the parties' Joint Stipulation to Extend Time from

27 May 10, 2022 to May 31, 2022.  The parties' discussions concerning the claims, defenses, and

28 counterclaims has been ongoing during that time.  The requested extension is 21 days and will

                                    1

1  allow Health IQ additional time to investigate the allegations in the Complaint. This stipulation
2  is entered in good faith and not for purposes of delay.
3  Submitted this 25th day of May, 2022                    Submitted this 25th day of May, 2022
4  COGBURN LAW                                             PISANELLI BICE PLLC

6  By:  /s/ Erik W. Fox                                   By:  /s/ Jordan T. Smith
     Erik W. Fox, Esq. #8804                                  Jordan T. Smith, Esq., #12097
     2580 St. Rose Parkway, Suite 330                         400 South 7th Street, Suite 300
7     Henderson, NV 89074                                      Las Vegas, Nevada 89101

8  *Attorneys for Plaintiff*                               *Attorneys for Defendant*

10 **<u>ORDER</u>**

13 IT IS SO ORDERED.

15 _____
   Cam Ferenbach
16 United States Magistrate Judge

17 DATED  5-25-2022

2